**In re Iris L. CARTER, Petitioner.**

**Misc. No. 980.**

United States Court of Appeals,
Federal Circuit.

June 22, 2011.

Before GAJARSA, MAYER, and
PROST, Circuit Judges.

## ON PETITION

## ORDER

PER CURIAM.

The petitioner, Iris L. Carter, is a plaintiff in an employment discrimination suit she filed in the United States District Court for the District of New Jersey. Her petition appears to seek a writ of mandamus directing the district court to enter default judgment against the defendants in her case.

Under 28 U.S.C. § 1651, this court may only "issue writs necessary or appropriate in aid of [its] jurisdiction[ ]." Power to issue writs of mandamus depends on power to entertain appeals when the case ends. *In re BBC Int'l, Ltd.,* 99 F.3d 811, 813 (7th Cir.1996). Any appeal from a final decision of the district court in this employment discrimination matter under Title VII of the Civil Rights Act of 1964 will go to the United States Court of Appeals for the Third Circuit. Because the Third Circuit rather than this court will have jurisdiction to entertain any appeal, we also lack jurisdiction over this petition. We therefore transfer the matter pursuant to

28 U.S.C. § 1631. *See generally BBC,* 99 F.3d at 813 (holding that a court of appeals may transfer petitions for writ of mandamus to the court of proper jurisdiction pursuant to § 1631).

Accordingly,

IT IS ORDERED THAT:

The petition for a writ of mandamus is transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631